# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Larry James Tyler, *Petitioner* | ) ) |
| v. | ) Civil Action No. 9:17-cv-00501-MGL |
| Director of the Darlington County Detention Center, *Respondent* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendations of Magistrate Judge Bristow Marchant is accepted. This action is dismissed without prejudice and without requiring Respondent to file a return. Certificate of appealability is denied. Petitioner shall take nothing on this petition filed pursuant to Title 28 U.S.C.§ 2254.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge   Honorable Mary Geiger Lewis, United States District Judge

Date: April 20, 2017

Tqdkp'N0Dnvo g
*CLERK OF COURT*

*(signature)* Chondra S. White
*Signature of Clerk or Deputy Clerk*